IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| R.C. and J.M. individually and as parents and guardians of A.M., a minor child, and A.M., a minor child,<br><br>      Plaintiffs,<br><br>vs.<br><br>FAMILY SOLUTIONS, INC., an Idaho corporation, d/b/a TURNING WINDS BEHAVIORAL HEALTH,<br><br>      Defendants. | CV 20-23-M-DLC-KLD<br><br>ORDER |

  On February 28, 2020, the Court issued an order scheduling a preliminary pretrial conference in this matter for May 28, 2020. (Doc. 3). The order established May 21, 2020 as the deadline for the parties to file their preliminary pretrial statements, joint discovery plan, and statement of stipulated facts. (Doc. 3 at 2-3).

  On May 20, 2020, Plaintiffs filed a Status Report advising the Court that the parties are close to reaching an agreement to transfer this matter to arbitration. Plaintiffs advise the Court that on or before May 26, 2020, the parties intend to either file their preliminary pretrial conference materials or notify the Court that they will be moving the case to arbitration.

1

The Court will construe Plaintiffs' Status Report as a motion to continue the May 21, 2020 deadline for the parties to file their preliminary pretrial conference materials. Accordingly, and good cause appearing,

IT IS ORDERED that, on or before May 26, 2020, either (1) the parties shall file their preliminary pretrial statements, joint discovery plan, and statement of stipulated facts, or (2) Plaintiffs shall file a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1) or other appropriate motion.

DATED this 21st day of May, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge