IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAY 26 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| R.C. and J.M., individually and as parents and guardians of A.M., a minor child, and A.M., a minor child, <br><br> Plaintiffs, <br><br> v. <br><br> FAMILY SOLUTIONS, INC., an Idaho corporation, d/b/a TURNING WINDS BEHAVIORAL HEALTH, <br><br> Defendant. | CV 20–23–M–DLC–KLD <br><br><br> ORDER |

Pursuant to Plaintiffs' Notice of Voluntary Dismissal (Doc. 12) and Federal Rule of Civil Procedure 41(a)(1)(A)(i),

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

All deadlines are VACATED, and any pending motions are DENIED as moot.

DATED this 26th of May, 2020.

Dana L. Christensen, District Judge
United States District Court